# Third District Court of Appeal

## State of Florida

Opinion filed February 11, 2015.

_____

No. 3D14-2598
Lower Tribunal No. 12-15430

_____

**U.E., the Mother,**
Appellant,

vs.

**Department of Children and Families, et. al.,**
Appellees.

An Appeal from the Circuit Court for Miami-Dade County, Alan S. Fine, Judge.

Richard F. Joyce, for appellant.

Karla Perkins, Appellate Counsel for the Department of Children & Families; Patricia Propheter, Appellate Counsel for the Guardian Ad Litem Program.

Before ROTHENBERG, LAGOA and FERNANDEZ, JJ.

FERNANDEZ, J.

ON CONCESSION OF ERROR

Based upon appellee Department of Children and Families' Concession of Error, we reverse the appealed-from order, and remand for further proceedings in the trial court.

Reversed and remanded.